**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| WAHL CLIPPER CORPORATION, | |
| Plaintiff, | Civil Action No. 3:25-cv-50406 |
| v. | Hon. Rebecca R. Pallmeyer |
| STYLECRAFT, LLC and GAMMA+ NA, LLC, | |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO
DEFENDANTS' UNCLEAN HANDS DEFENSE**

Plaintiff Wahl Clipper Corporation ("Wahl") files this motion, pursuant to Fed. R. Civ. P. 12(c), for judgment on the pleadings with respect to the affirmative defense of unclean hands asserted by Defendants StyleCraft, LLC ("StyleCraft") and Gamma+ NA, LLC ("Gamma+") in their Answer to Wahl's Complaint. Because the defense of unclean hands is plead without any factual support and is meritless as a matter of law, Wahl moves for judgment on the pleadings as to the defense. In further support thereof, Wahl submits the attached Supporting Memorandum of Law.

Dated: June 18, 2026

Respectfully submitted,

LOEB & LOEB LLP

By:  */s/ Thomas P. Jirgal*
       Thomas P. Jirgal
       IL Bar No. 6291661
       321 North Clark Street, Suite 2300
       Chicago, Illinois 60610
       Telephone:  (312) 464-3100
       Fax:  (312) 464-3111

1

tjirgal@loeb.com

Sarah Levitan Perry
NY Bar No. 5221270
(*admitted pro hac vice*)
345 Park Avenue
New York, New York 10154
Telephone:  (212) 407-4000
sperry@loeb.com

*Attorneys for Plaintiff*
*Wahl Clipper Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing Motion for Judgment On The Pleadings with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record, including:

Joseph J. Orzano (*pro hac vice*)
Allen M. Thigpen (*pro hac vice*)
SEYFARTH SHAW LLP
Seaport East, Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801
jorzano@seyfarth.com
athigpen@seyfarth.com

Paul J. Yovanic Jr.
SEYFARTH SHAW LLP
233 South Wacker Dr., Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
pyovanic@seyfarth.com

*Attorneys for Defendants*
*STYLECRAFT, LLC and GAMMA+NA, LLC*

/s/ Thomas P. Jirgal
Thomas P. Jirgal