**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| WAHL CLIPPER CORPORATION, | |
| Plaintiff, | Civil Action No. 3:25-cv-50406 |
| v. | Hon. Rebecca R. Pallmeyer |
| STYLECRAFT, LLC and GAMMA+ NA, LLC, | |
| Defendants. | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Wahl Clipper Corporation ("Wahl") files this motion pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to amend its complaint. A copy of Wahl's proposed Amended Complaint is attached to this Motion as Exhibit A, and a redline showing the differences between the Complaint and proposed Amended Complaint is attached as Exhibit B. For the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that this Court grant it leave to file the Amended Complaint because it will clarify the dispute between the parties and will not cause any prejudice.

Dated: June 18, 2026

Respectfully submitted,

LOEB & LOEB LLP

By: _/s/ Thomas P. Jirgal_

Thomas P. Jirgal
IL Bar No. 6291661
321 North Clark Street, Suite 2300
Chicago, Illinois 60610

1

Telephone:  (312) 464-3100
Fax:  (312) 464-3111
tjirgal@loeb.com


Sarah Levitan Perry
NY Bar No. 5221270
(*admitted pro hac vice*)
345 Park Avenue
New York, New York 10154
Telephone:  (212) 407-4000
sperry@loeb.com

*Attorneys for Plaintiff*
*Wahl Clipper Corp.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically filed the foregoing Motion for Leave to File Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record, including:

Joseph J. Orzano (*pro hac vice*)
Allen M. Thigpen (*pro hac vice*)
SEYFARTH SHAW LLP
Seaport East, Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800\
Facsimile: (617) 946-4801
jorzano@seyfarth.com
athigpen@seyfarth.com

Paul J. Yovanic Jr.
SEYFARTH SHAW LLP
233 South Wacker Dr., Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
pyovanic@seyfarth.com

*Attorneys for Defendants*
*STYLECRAFT, LLC and GAMMA+NA, LLC*

/s/ Thomas P. Jirgal
Thomas P. Jirgal