# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
## Western Division

Wahl Clipper Corporation

                         Plaintiff,

v.

                                             Case No.: 3:25−cv−50406

StyleCraft, LLC, et al.                          Honorable Rebecca R. Pallmeyer

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Video motion hearing convened. Plaintiff's motion for judgment on the pleadings with respect to Defendants' unclean hands defense [39] is deemed a motion to strike that defense and is granted without prejudice. Plaintiff's motion for leave to file amended complaint [40] is granted. Defendant's motion to compel [41] is denied without prejudice. The status report deadline is extended to 8/3/2026. Video status hearing set for 8/7/2026 at 9:00 a.m. stands. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.